AE

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** EMANUEL BOLDEN

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60605

**Defendant's Attorney:**
Emanuel Bolden
#15183-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808

**FILED**
NOV 2 6 2007  NF
nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6641
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motions to Vacate Sentence

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke   **Date:** 11/26/07

Judge Norgle
Magistrate Schenkier   02 cr 1261