AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

FILED
NOV 2 6 2007  MB
nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EMANUEL BOLDEN,
    Plaintiff

V.

UNITED STATES OF AMERICA,
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

07CV6641
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

I, __Emanuel Bolden__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Federal Correctional Complex Indiana__

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
            N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
        15 years ago

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

            N/A

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?　　☐ Yes　　☒ No

   If "Yes," state the total amount.　　N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?　　☐ Yes　　☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_11-20-07_　　　_Emmanuel Bolden_
Date　　　　　　Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## Inmate Inquiry 

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15183-424 | Current Institution: | Terre Haute FCI |
| Inmate Name: | BOLDEN, EMANUEL | Housing Unit: | THA-M-A |
| Report Date: | 11/19/2007 | Living Quarters: | M01-009L |
| Report Time: | 8:52:35 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7271 |
| PAC #: | 121427155 |
| FRP Participation Status: | Refused |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 7/29/2005 |
| Local Account Activation Date: | 7/30/2005 3:30:26 AM |
| Sort Codes: | |
| Last Account Update: | 11/13/2007 1:06:18 PM |
| Account Status: | Active |
| Phone Balance: | $5.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $60.08 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $60.08 |
| National 6 Months Deposits: | $165.75 |
| National 6 Months Withdrawals: | $105.76 |
| National 6 Months Avg Daily Balance: | $13.21 |
| Local Max. Balance - Prev. 30 Days: | $82.03 |
| Average Balance - Prev. 30 Days: | $41.26 |

*[signature]*
*11-19-07*

## Commissary History

### Purchases

Validation Period Purchases: $21.95
YTD Purchases: $50.05
Last Sales Date: 11/13/2007 1:06:18 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $25.00
Expended Spending Limit: $21.95
Remaining Spending Limit: $3.05

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: