UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | No.    07 C 6641 |
| v.    ) | |
| Emanuel Bolden    ) | Judge: Charles R. Norgle, Sr. |
| ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By:  / s/ Rachel M. Cannon
            RACHEL M. CANNON
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5357

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

## ATTORNEY DESIGNATION

were served on December 31, 2007, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                        By:  / s/ Rachel M. Cannon
                             RACHEL M. CANNON
                             Assistant United States Attorney
                             219 South Dearborn Street
                             Chicago, Illinois 60604
                             (312) 353-5357