## United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6641 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Emanuel Bolden vs. United States of America | | |

**DOCKET ENTRY TEXT**

MINUTE entry before Judge Charles R. Norgle Sr.: Plaintiff's application to proceed without prepayment of fees and affidavit [3] is granted.

*[signature: Charles R. Norgle]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MP |
|---|---|---|