MHK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS

FILED
9-3-2008
SEP 3 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| EMANUEL BOLDEN,<br>    Petitioner, | ) ) ) ) | Case No. 0-7-C-6641 |
| Vs. | ) ) ) | Notice of Appeal |
| UNITED STATES OF AMERICA,<br>    Plaintiff. | ) ) | |

Notice is hereby given that Emanuel Bolden, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment and Order denying the Petitioner's Motion pursuant to 28 U.S.C. § 2255 to Vacate, Set aside, or Correct Sentence by a Person in Federal Custody, from the District Court entered in this action on the 13th day of August, 2008.

Dated: 08/24/08.

(s) *Emanuel Bolden*

Emanuel Bolden
Reg. No. 15183-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Emanuel Bolden, hereby certify that I have served a true correct copy of the following:

### Notice of Appeal

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston Vs. Lack,</u> 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and or his/her Attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

> Rachel Cannon,
> Assistant United States Attorney.
> 219 S. Dearborn Street
> Chicago, Illinois 60604

and deposited same in the United States Postal Mail at Federal Correctional Institution, Terre Haute, IN on this date of August 24, 2008.

(s) *Emanuel Bolden*

Emanuel Bolden
Reg. No. 15183-424
Federal Correctional Institution
P. O. Box 33
Terre Haute, IN 47808