

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

September 11, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA -v- Bolden

U.S.D.C. DOCKET NO. : 07 cv 6641

U.S.C.A. DOCKET NO. :

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)　　　　　　*1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                Very truly yours,

                                Michael W. Dobbins, Clerk

                                By:_____
                                   D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: USA -v- Bolden.

USDC NO.    : 07 cv 6641

USCA NO.    :

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 11th day of Sept. 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           D. Jordan, Deputy Clerk

APPEAL, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06641
## Internal Use Only

United States Of America v. Bolden
Assigned to: Honorable Charles R. Norgle, Sr
Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 02/13/2008
Date Terminated: 08/13/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States Of America**  represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago , IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rachel Marie Cannon**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago , IL 60604
(312) 353-5300
Email: rachel.cannon2@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Emanuel Bolden** represented by **Emanuel Bolden**
#15183-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Emanuel Bolden with zero copies. (lcw, ) (Entered: 11/28/2007) |
| 11/26/2007 | 2 | CIVIL Cover Sheet.(lcw, ) (Entered: 11/28/2007) |
| 11/26/2007 | 3 | APPLICATION by Defendant Emanuel Bolden for leave to proceed in forma pauperis. (lcw, ) (Poor quality original. Paper document on file). Modified on 11/28/2007 (ar, ). (Entered: 11/28/2007) |
| 11/26/2007 | 4 | POST MARKED envelope for initiating document by plaintiff (document not scanned) (mb, ) (Entered: 11/29/2007) |
| 12/31/2007 | 5 | DESIGNATION of Rachel Marie Cannon as U.S. Attorney for Plaintiff United States Of America (Cannon, Rachel) (Entered: 12/31/2007) |
| 02/13/2008 | 6 | MINUTE entry before Judge Charles R. Norgle Sr.: Plaintiff's application to proceed without prepayment of fees and affidavit 3 is granted. Mailed notice (ar, ) (Entered: 02/19/2008) |
| 06/09/2008 | 7 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing is set for 7/8/2008 at 10:00 A.M. Mailed notice (ewf, ) (Entered: 06/09/2008) |
| 06/17/2008 | 8 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing is rescheduled from 7/8/2008 7/22/2008 at 10:00 A.M. Mailed notice (ewf, ) (Entered: 06/17/2008) |
| 07/22/2008 | 9 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 7/22/2008. Government is given until 8/12/2008 to file its response. Mailed notice (ewf, ) (Entered: 07/23/2008) |
| 08/13/2008 | 10 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Emanuel Bolden's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Section 2255 is denied. (For further detail see minute order.) Civil case terminated. Mailed notice (ar, ) (Entered: 08/14/2008) |
| 09/03/2008 | 11 | NOTICE of appeal by Emanuel Bolden regarding orders 10 (ifp) (dj, ) (Entered: 09/04/2008) |
| 09/04/2008 | 12 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 11 . Notified counsel (dj, ) (Entered: 09/04/2008)~~ |

| 09/08/2008 | 13 | MINUTE entry before the Honorable Charles R. Norgle, Sr: Certificate of Appealability denied. (For further detail see minute order.) Mailed notice (ar, ) (Entered: 09/10/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**