# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 9, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3313
>
> Caption:
> EMANUEL BOLDEN,
> Petitioner - Appellant
>
> v.
>
> UNITED STATES OF AMERICA,
> Respondent - Appellee

> District Court No: 1:07-cv-06641
> Court Reporter M. Pittman
> Clerk/Agency Rep Michael Dobbins
> District Judge Charles Norgle
> Date NOA filed in District Court: 09/03/2008

If you have any questions regarding this appeal, please call this office.

CC:

M. Pittman

Michael W. Dobbins